UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYNDA L. SNYDER,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No. CV-05-0402-MWL<br><br>ORDER GRANTING JOINT<br>MOTION FOR REMAND |

The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 15). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 4). After considering the stipulation,

**IT IS ORDERED** that the above-captioned case be remanded for further administrative proceedings. Upon remand, the ALJ shall: 1) reassess all medical source opinions (acceptable and other), including lay opinions; 2) obtain medical expert testimony regarding whether Plaintiff can sustain employment absent drug and alcohol abuse; 3) reassess the severity of Plaintiff's impairments; 4) reassess Plaintiff's residual functional capacity; 5) evaluate Plaintiff's drug and alcohol abuse in accordance with

ORDER RE: STIPULATED REMAND - 1

20 C.F.R. § 416.935 and Emergency Teletype 96-200 (August 30, 1996); and, 6) if necessary, obtain supplemental vocational expert testimony. The ALJ shall take any further action necessary to render a new decision in this matter.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties Joint Motion to Remand (**Ct. Rec. 15**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

DATED this __18th__ day of July, 2006.

                                                S/ Michael W. Leavitt
                                                MICHAEL W. LEAVITT
                                   UNITED STATES MAGISTRATE JUDGE

ORDER RE: STIPULATED REMAND - 2